ORIGINAL

**John C. Nangle** (Calif Bar #107902)
Associate Regional Solicitor
Office of the Solicitor (Sol#0215386)
United States Department of Labor
World Trade Center, Suite 370
350 South Figueroa Street
Los Angeles, California 90071-1202
   Telephone. (213) 894-268...
   Facsimile: (213) 894-2064

Attorneys for the Plaintiff

ENTERED
JAN 29 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2002
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

### FOR THE

### CENTRAL DISTRICT OF CALIFORNIA

**ELAINE L. CHAO,**
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.

**PRECISION HOLDINGS, INC.**, a Corporation;
DAVID CHEEK; and
WILLIAM CHEEK,

        Defendants.

Civil Action File No.

EDCV02 37 VAP

**JUDGMENT**

ENTER ON ICMS
JAN 29 2002

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Plaintiff, Secretary of Labor, United States Department of Labor, has filed its Complaint herein, and the defendants have appeared by counsel and acknowledged receipt of a copy of the plaintiff's Complaint herein and waived the issuance and service of process and waived any answer and waived any defense herein and waived the entry of any findings of fact and conclusions of law and agreed to the entry of this Judgment as part of a settlement of this action, without contest and without admission of any liability It is, therefore, upon motion of the attorneys for the plaintiff and for cause shown:

    · ORDERED, ADJUDGED, AND DECREED that the defendants, their offi-

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Docketed
___ Copies / NTC Sent
___ JS-5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

**JUDGMENT** (Sol#0215386)

Page 1 of 3

cers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. 201, *et seq* ), hereinafter called the Act, in any of the following manners:

1) Defendants shall not, contrary to Section 7 of the Act, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the Act, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of Section 3(s) of the Act, for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2) Defendants shall not fail to make, keep, make available (to authorized agents of plaintiff for inspection, transcription, and/or copying, on demand for such access), and preserve (for a period of three years) records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Section 11 of the Act and found in Title 29, Code of Federal Regulations Part 516;

///

///

///

///

///

///

///

///

**JUDGMENT** (Sol#0215386)                                                                 **Page 2 of 3**

Part 516; and it is further

ORDERED that each party shall bear all fees and other expenses (including court costs) incurred by such party in connection with any stage of this proceeding to date.

Dated: _January 28_ , 20 02

_Virginia. A. Phillips_
United States District Judge

Each Defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk, all on this ____ day of November 2001.

Precision Holdings, Inc., a Corporation, Defendant

By _____
Its Duly-Authorized Agent

_____
David Cheek, Defendant

_____
William Cheek, Defendant

Reid & Hellyer

_____
Richard D. Roth
Attorneys for the Defendants

P.O. Box 1300
Riverside, California 92502
Telephone: (909) 682-1771
Facsimile: (909) 686-2415

HOWARD M. RADZELY
Acting Solicitor of Labor

SUSANNE LEWALD
Acting Regional Solicitor

_____
JOHN C. NANGLE
Associate Regional Solicitor
Attorneys for the Plaintiff
U S. Department of Labor

Re:     Secy USDOL v Precision Holdings, Inc , et al
        USDC, C.D. of California

**JUDGMENT** (Sol#0215386)                                              **Page 3 of 3**